PER CURIAM.
Affirmed. See Cannon v. State, 180 So.3d 1023 (Fla. 2015); Carbajal v. State, 75 So.3d 258 (Fla. 2011); Tingley v. State, 549 So.2d 649 (Fla. 1989); DuBoise v. State, 520 So.2d 260 (Fla. 1988); Tucker v. State, 459 So.2d 306 (Fla. 1984); State v. King, 426 So.2d 12 (Fla. 1982); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So.2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.